# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2281 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 42 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 83928 |
| | : | |
| JEFFREY DAVID GOLDMANN, | : | (Out of State) |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of November, 2017, upon consideration of the Petition to Dissolve an Order of Temporary Suspension and the Joint Stipulation to Waive Hearing Requirement, the Order entered by this Court on July 28, 2016, placing Respondent on temporary suspension, is hereby dissolved.